UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE SLOAN,

                        Plaintiff,

        v.

ALLEN NANCE, et al,

                        Defendant.

CASE NO. 2:23-cv-00019-TSZ-BAT

**ORDER OF DISMISSAL**

        Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge and the remaining record, the Court finds and ORDERS:


        (1)     The Court ADOPTS the Report and Recommendation.

        (2)     The case is dismissed without prejudice.

        (3)     The Clerk is directed to send copies of this Order to Plaintiff.

        Dated this 30th____ day of March_____ 2023.

                                        _Thomas S. Zilly_

                                        _____
                                        THOMAS S. ZILLY
                                        United States District Judge

ORDER OF DISMISSAL - 1